1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JULIO GOMEZ AQUINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 15-226 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 28, 2016, AT 9:00 A.M. |
| v. | ) ) | |
| JULIO GOMEZ AQUINO, | ) ) | Date:   January 7, 2016 Time:   9:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for January 7, 2016, at 9:00 a.m., to January 28, 2016, at 9:00 a.m.

Counsel for Mr. Aquino requires time to review the details of the plea agreement with him in light of the discovery.  The parties anticipate a change of plea at the next court date.

Counsel and the defendant agree that the Court should exclude the time from the date of the date of the parties stipulation, January 5, 2016, up to and including January 28, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 5, 2016                    HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ M.Petrik_____
                                          MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender

DATED: January 5, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ M.Petrik for_____
                                          KATHERINE T. LYDON
                                          Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  The Court orders the status conference rescheduled for January 28, 2016, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, January 5, 2016, up to and including January 28, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

    IT IS SO ORDERED.
Dated:  January 11, 2016

                                          _____
                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT